Rose Baschinsky, Respondent, v. New York Consolidated Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,136.65; in which event the judg-

* See Code of Ordinances of City of New York, chap. 24, art. 2, § 17, subd. 1. Amount of verdict was $100.— [Rep.

ment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.